UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

HENRY ZWANG

          Plaintiff(s),

   v.

W. DONALD BELL

          Defendant(s).
_____/

No. C 10-01994 LB

**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

     Pending before the Court is Plaintiff's Motion for Preliminary Injunction and Expedited Discovery (Dkt. #5). Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge Beeler's jurisdiction. This civil case was randomly assigned to Magistrate Judge Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

     You have the right to have your case assigned to a United States District Judge for trial and

C 10-01994

1  disposition. Accordingly, the parties shall inform the court whether they consent to Magistrate
2  Judge Beeler's jurisdiction or request reassignment to a United States District Judge for trial. Each
3  party shall file either a consent or declination form attached to this Order by <u>May 28, 2010</u>.
4      **IT IS SO ORDERED.**

6  Dated: May 21, 2010

                                                    _____
                                                    LAUREL BEELER
                                                    United States Magistrate Judge

C 10-01994

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HENRY ZWANG, | No. C 10-01994 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| W. DONALD BELL, | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____    _____
                                 Signature

                                 Counsel for _____
                                 (Plaintiff, Defendant or indicate "pro se")

C 10-01994

3

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| HENRY ZWANG, | No. C 10-01994 LB |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| W. DONALD BELL, *et al.*, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____ Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-01994

4